IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANNINE M. GRANT | : | CIVIL ACTION |
| v. | : | |
| RESEARCH PHARMACEUTICAL SERVICES, INC. | : | NO. 08-5203 |

**O R D E R**

AND NOW, this 25th day of August 2010, upon consideration of the pending motions and the responses thereto, IT IS ORDERED:

1. That the Motions by Research Pharmaceutical Services, Inc. for Leave to File Counterclaims and Join Additional Defendants and by Daniel Perlman to Intervene as a Counterclaim Plaintiff are DENIED.

2. That the Plaintiff's Motion for Sanctions is DENIED WITHOUT PREJUDICE, provided that the witnesses are produced for deposition within 20 days.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.